PFE/DAB Feb. 2026 HBO
GJ# 1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THOMAS ELLIOTT,** | ) |
| *also known as "Thomas Freeman,"* | ) |
| *also known as "Thomas Treanta Elliott"* | ) |

### INDICTMENT

**COUNT ONE:** [18 U.S.C. § 111(a) and (b)]

The Grand Jury charges that:

On or about the 3rd day of November, 2025, in DeKalb County, within the Northern District of Alabama, the defendant,

**THOMAS ELLIOTT,**
*also known as "Thomas Freeman,"*
*also known as "Thomas Treanta Elliott"*

did knowingly, intentionally and forcibly assault, resist, intimidate, and interfere with, and by acts involving physical contact, inflict bodily injury upon a Corrections Officer with initials R.M., an employee of the DeKalb County Sheriff's Office as a Corrections Officer at the DeKalb County Detention Center, while he was assisting officers and employees of the United States and the United

States Marshals Service, and while he was engaged in, and on account of, the performance of his official duties as a Corrections Officer, in violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
DAVIS A. BARLOW
Assistant United States Attorney